**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROSA ANGELICA MENDEZ, | ) | NO. ED CV 17-2284-SJO (E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: _June 12, 2018

/s/ S. James Otero
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE